**Carl CLOSE, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 7171.**

United States Court of Appeals
Fourth Circuit.

Argued April 9, 1956.

Decided April 11, 1956.

Writ of Certiorari Denied
June 11, 1956.

See 76 S.Ct. 1056.

Carl Close, pro se, on brief.

William F. Mosner, Asst. U. S. Atty., Baltimore, Md. (George Cochran Doub, U. S. Atty., Baltimore, Md., on brief), for appellee.

Before PARKER, Chief Judge, SOPER, Circuit Judge, and PAUL, District Judge.

PER CURIAM.

This is an appeal from an order denying a motion for vacation of sentence made under 28 U.S.C. § 2255. The motion and appeal are entirely without merit for reasons adequately stated in the opinion of the judge below, U. S. v. Bernett, D.C., 140 F.Supp. 373.

Affirmed.

**JET MOTOR LINES, Inc., Appellant,**

v.

**Bennie Mae LINDSAY, Adm'x, Appellee.**

**No. 12700.**

United States Court of Appeals
Sixth Circuit.

April 9, 1956.

Robert M. McIntosh, Cincinnati, Ohio, for appellant.

Hyman Rosen, Cincinnati, Ohio, for appellee.

Before ALLEN, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This appeal, from a judgment for $35,-000 entered on the verdict of a jury in favor of the appellee, administratrix of her deceased husband, against the appellant, Jet Motor Lines, Inc., has been heard and duly considered upon the oral arguments and briefs of the parties and upon the record in the case;

And it appearing that no reversible error was committed in the trial court and that, under Ohio law, a jury issue was presented (see, among other cases, Matz v. J. L. Curtis Cartage Company, 132 Ohio St. 271, 7 N.E.2d 220; Brown v. Wachman, 87 Ohio App. 61, 86 N.E.2d 27, 87 N.E.2d 271); and it appearing further that Ross v. Burgan, 163 Ohio St. 211, 126 N.E.2d 592, heavily stressed by appellant, is distinguishable on its facts;

The judgment of the district court is affirmed.

**Edward JAMES**

v.

**C. H. LOONEY, Warden, U. S. Penitentiary, Leavenworth, Kansas.**

**No. 5316.**

United States Court of Appeals
Tenth Circuit.

March 23, 1956.

Donald King, Denver, Colo., for appellant.

William C. Farmer, U. S. Atty., Topeka, Kan. and Royce D. Sickler, Asst. U. S. Atty., Wichita, Kan., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Affirmed without opinion.